## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Zellus Media Group LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-3047538** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **1319 N. Crystal Shores**  **Gilbert, AZ 85234**  Number, Street, City, State & ZIP Code  **Maricopa**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **750 N. Cooper Road Gilbert, AZ 85233**  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | **Zellus Media Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Cheerlending, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Arizona** | When **3/30/23** | Case number, if known **2:23-bk-02011** |

| Debtor | **Zellus Media Group LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Zellus Media Group LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 30, 2023**
MM / DD / YYYY

**X /s/ Tadd Huntington**
Signature of authorized representative of debtor

**Tadd Huntington**
Printed name

Title **Manager/Member/CEO**

Email Address of debtor

**18. Signature of attorney**

**X /s/ Michael A. Jones**
Signature of attorney for debtor

Date **March 30, 2023**
MM / DD / YYYY

**Michael A. Jones 27311**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000**   Email address **mjones@bkfirmaz.com**

**27311 AZ**
Bar number and State

Zellus Media Group LLC -

AMERICAN EXPRESS
P.O. BOX 297879
FORT LAUDERDALE FL 33329-7879


BANK OF AMERICA
P.O. BOX 982235
EL PASO TX 79998-2235


BHG MASTERCARD / BHG FINANCIAL, LLC
CARD SERVICES
P.O. BOX 980938
WEST SACRAMENTO CA 95798


BOLDLEADS.COM, INC.
C/O BOSTON LOGIC TECHNOLOGY PARTNERS
P.O. BOX 183
WEST BOXFORD MA 01185


CAPITAL ONE
P.O. BOX 30273
SALT LAKE CITY UT 84130-0273


CENTURY LINK
P.O. BOX 29040
PHOENIX AZ 85038


CHASE BANK
P.O. BOX 24696
COLUMBUS OH 43224-0696


CHEERLENDING LLC
1319 N. CRYSTAL SHORES
GILBERT AZ 85234


CITI
P.O. BOX 6241
SIOUX FALLS SD 57117

Zellus Media Group LLC -

DISCOVER
P.O. BOX 3008
NEW ALBANY OH 43054-3008

KABC
500 CIRCLE SEVEN DRIVE
GLENDALE CA 91201

KCAL-TV
P.O. BOX 100951
PASADENA CA 91189

KCBS
865 BATTERY STREET
SAN FRANCISCO CA 94111

KFMB
P.O. BOX 637386
CINCINNATI OH 45263

KFSN
ATTN: KFSN-303
P.O. BOX 732384
DALLAS TX 75373

KGO
P.O. BOX 732384
DALLAS TX 75373

KGPE CBS 47 FRESNO
P.O. BOX 748604
LOS ANGELES CA 90074

KGTV
4600 AIR WAY
SAN DIEGO CA 92102

Zellus Media Group LLC -

KHSL ALLEN MEDIA BROADCASTING, LLC
3460 SILVERBELL ROAD
CHICO CA 95973


KMAX-TV
P.O. BOX 100454
PASADENA CA 91189


KMPH
P.O. BOX 206270
DALLAS TX 75320


KOVR-TV
P.O. BOX 100133
PASADENA CA 91189


KPHO
P.O. BOX 100067
PASADENA CA 91189


KRON
P.O. BOX 743299
ATLANTA GA 30384


KSEE
P.O. BOX 748604
LOS ANGELES CA 90074


KSWB FOX5 SAN DIEGO
P.O. BOX 749011
LOS ANGELES CA 90074


KTLA
P.O. BOX 11155
LOS ANGELES CA 90074

Zellus Media Group LLC -

KTTV
16440 COLLECTION CENTER DRIVE
CHICAGO IL 60693

KTVU
2 JACK LONDON SQUARE
OAKLAND CA 94607

KTXL
P.O. BOX 844304
DALLAS TX 75284

KXTV
P.O. BOX 637386
CINCINNATI OH 45263

MAXAIR MEDIA
3460 SILVERBELL ROAD
CHICO CA 95973

SALESFORCE.COM, INC.
SALESFORCE TOWER
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO CA 94105

TADD HUNTINGTON
1319 N. CRYSTAL SHORES
GILBERT AZ 85234

# United States Bankruptcy Court
## District of Arizona

In re **Zellus Media Group LLC**
Debtor(s)

Case No.
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Zellus Media Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 30, 2023** | **/s/ Michael A. Jones** |
| Date | **Michael A. Jones 27311** |
| | Signature of Attorney or Litigant |
| | Counsel for **Zellus Media Group LLC** |
| | **Allen, Jones & Giles, PLC** |
| | **1850 N. Central Avenue, Suite 1150** |
| | **Phoenix, AZ 85004** |
| | **602-256-6000 Fax:602-252-4712** |
| | **mjones@bkfirmaz.com** |